[No. 44295-3-I.     Division One.     February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT
KENNEDY STITH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-08160-7, Anthony P. Wartnik, J., entered
March 1, 1999. *Affirmed* by unpublished per curiam
opinion.

[No. 44328-3-I.     Division One.     February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SAUL ALEX
CACERES, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 95-1-00796-6, Charles S. French, J.,
entered February 12, 1999. *Affirmed* by unpublished per
curiam opinion.

[No. 44352-6-I.     Division One.     February 14, 2000.]

LYNDEN HAY, INC., *Respondent*, v. JOE ELENBAAS, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for What-
com County, No. 98-2-01385-7, Michael F. Moynihan, J.,
entered February 26, 1999. *Affirmed* by unpublished per
curiam opinion.

[No. 44353-4-I.     Division One.     February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SERAPHIN
MARIANO PADILLA, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-01432-2, Patricia H. Aitken, J., entered
March 12, 1999. *Affirmed* by unpublished per curiam
opinion.